# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAMERON SCOTT,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC.; AIR FORCE FEDERAL CREDIT UNION; JPMORGAN CHASE BANK; BANK OF AMERICA, N.A.; UNIFY FINANCIAL FEDERAL CREDIT UNION d/b/a WESTERN FEDERAL CREDIT UNION,**<br><br>Defendants. | **Case No.:** 8:17-CV-00640-DOC-DFM<br><br>**ORDER DISMISSING SOLE REMAINING DEFENDANT, BANK OF AMERICA, N.A. AND THE ENTIRE CASE** |

## ORDER

Having considered the Parties' stipulation requesting dismissal as to Defendant, BANK OF AMERICA, N.A., and good cause having been shown:

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and the above captioned action is dismissed with prejudice as to BANK OF AMERICA, N.A. with both parties bearing their respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: January 24, 2018

_/s/ David O. Carter_
David O. Carter
U.S. District Judge